RECEIVED 2021 NOV 18 PM 2:23
CLERK, US COURT, PAMB

# COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF WAYNE

### LINUS H. MYERS
**MAGISTERIAL DISTRICT JUDGE**

Magisterial District 22-3-02
Wayne County Courthouse
925 Court Street
Honesdale, PA 18431-1996

OFFICE:
TEL 570-253-4560
FAX 570-251-3629

November 15, 2021

United States Bankruptcy Court
`97 South Main Street
Wilkes-Barre, Pa. 18701

FILED
Wilkes Barre, PA

NOV 1 8 2021

Clerk,
US Bankruptcy Court

Re: **Your No. 19-02509**
   In Re: Morgan Hatton-Debtor

Sir or Madam:

Per your request for **an answer** in regards to the above matter be advised of the following dispositions filed in this office:

No. 239-2019-JHA Companies vs. Morgan Hatton. Matter stayed pending bankruptcy determination. Claim-$1,183.50

No. 261-2014 Rent-E-Quip, Inc. v. VIP Inc.& Morgan Hatton. Judgment expired.

No. 164-2012- Bruce A. Varcoe vs. Morgan Hatton. Withdrawn.

Respectfully,

LINUS H. MYERS
Magistrate District Judge
District Court 22-3-02.

LHM/lm
Cc: Rebecca A. Solarz, Esq.