| | |
|---|---|
| Debtor 1 | Morgen R Hatton |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: **Middle** District of | **Pennsylvania** (State) |
| Case number | **5:19-bk-02509-MJC** |

## Form 4100R

# Response to Notice of Final Cure Payment    **10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of Creditor:**  The Bank of New York Mellon FKA The Bank Of New York, as Trustee for The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-HY8C Mortgage Pass-Through Certificates, Series 2007-HY8C

Court claim no. (if known):
4-2

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX4791

**Property address:**
1072 Shady Ln
Number      Street

Honesdale, PA 18431-1022
City            State        ZIP Code

| **Part 2:** | **Pre-petition Default Payments** |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim.  Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:

$_____

| **Part 3:** | **Post-petition Mortgage Payment** |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. | Total post-petition payments due: | (a) $ 6,793.45 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding | +(b) $ (226.08) |
| c. | **Total.**  Add lines a and b | (c) $ 6,567.37 |

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:      08/01/2022
              MM/DD/YYYY
**Post-petition payments are from 8/1/2022-12/1/2022
@$1,358.69**

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖    __/s/Ciro A Mestres__                           Date    __01/09/2023__
               Signature

Print        __Ciro A Mestres__                            Title     __Authorized Agent for the Creditor__
                First Name       Middle Name       Last Name

Company    __McCalla Raymer Leibert Pierce, LLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      __1544 Old Alabama Road__
                Number          Street

                  __Roswell, GA 30076__
                  City           State         Zip Code

Contact phone    __678-281-6516__                  Email    __Ciro.Mestres@mccalla.com__

In Re:    Morgen R Hatton

Bankruptcy Case No.:    5:19-bk-02509-MJC
Chapter:    13
Judge:    Mark J Conway

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Morgen R Hatton
1072 Shady Lane
Honesdale, PA 18431

Mark E. Moulton                          *(served via ECF Notification)*
Moulton and Moulton PC
693 State Route 739, Suite #1
Lords Valley, PA 18428

Jack N Zaharopoulos (Trustee)            *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee                       *(served via ECF Notification)*
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    01/09/2023        By:    */s/Ciro A Mestres*
                (date)                   Ciro A Mestres,
                                         Authorized Agent for the Creditor

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| Loan Mod Effective Date: 10/1/21 | | | | | $ 3,036.53 |
| 10/01/21 | 12/22/2021 | | $1,302.21 | ($1,302.21) | $ 1,734.32 |
| 11/01/21 | 12/22/2021 | | $1,383.24 | ($1,383.24) | $ 351.08 |
| 12/01/21 | 2/24/2022 | $1,383.24 | $1,358.69 | $24.55 | $ 375.63 |
| 01/01/22 | 4/6/2022 | $2,766.48 | $1,358.69 | $1,407.79 | $ 1,783.42 |
| 02/01/22 | | | $1,358.69 | ($1,358.69) | $ 424.73 |
| 03/01/22 | 4/30/2022 | $1,358.69 | $1,358.69 | $0.00 | $ 424.73 |
| 04/01/22 | 8/26/2022 | $2,518.73 | $1,358.69 | $1,160.04 | $ 1,584.77 |
| 05/01/22 | | | $1,358.69 | | $ 226.08 |
| 06/01/22 | 9/13/2022 | $2,717.38 | $1,358.69 | $1,358.69 | $ 1,584.77 |
| 07/01/22 | | | $1,358.69 | ($1,358.69) | $ 226.08 |
| | | | | $0.00 | $ 226.08 |
| 08/01/22 | PMT DUE | | $1,358.69 | ($1,358.69) | $ (1,132.61) |
| 09/01/22 | PMT DUE | | $1,358.69 | ($1,358.69) | $ (2,491.30) |
| 10/01/22 | PMT DUE | | $1,358.69 | ($1,358.69) | $ (3,849.99) |
| 11/01/22 | PMT DUE | | $1,358.69 | ($1,358.69) | $ (5,208.68) |
| 12/01/22 | PMT DUE | | $1,358.69 | ($1,358.69) | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| | | | | $0.00 | $ (6,567.37) |
| 15 | 7 | $ 10,744.52 | $ 20,348.42 | $ (9,603.90) | |

| Due Date | P&I | Interest | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Loan Number | [redacted] |
|---|---|
| Debtor | Hatton |
| BK filed date | 6/9/2019 |
| BK Case # | 19-02509 |
| Loan Acquired | |
| Post Next Due | 8/1/2022 |
| Suspense | $ 226.08 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 8/1/22 - 12/1/22 | $1,358.69 | 5 | $ 6,793.45 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 6,793.45 |
| | | Less Unapplied | $ 226.08 |
| | | Total to bring current | $ 6,567.37 |

$ 6,793.45
$ 226.08 unapplied
$ 6,567.37

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

**Overnight Payment Address:**
Shellpoint Mortgage Servicing

Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601