LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Morgen R. Hatton

**Debtor(s)**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CE

**Plaintiff(s)/Movant(s)**

vs.

Morgen R. Hatton

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5-19-bk-2509

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: Motion for Relief

Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

To allow brief time for Debtor to cure arrears.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 01/11/2023

*Mark Moulton*

Attorney for: Morgen R. Hatton
Name: Mark E. Moulton
Phone Number: 570-775-9525

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance...