IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Morgen R. Hatton<br>**Debtor(s)**<br><br>**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C.**<br>**Movant**<br>vs.<br><br>**Morgen R. Hatton**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | BK NO. 19-02509 MJC<br><br>Chapter 13 |

### CERTIFICATE OF SERVICE
### PRAECIPE TO WITHDRAW
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 21, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Morgen R. Hatton
1072 Shady Lane
Honesdale, PA 18431

Attorney for Debtor(s)
Mark E. Moulton, Esq.
693 State Route 739, Suite #1
Lords Valley, PA 18428

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: February 21, 2023

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com