# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Morgen R. Hatton<br>       Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C.<br>       Moving Party<br> vs. | NO. 19-02509 MJC |
| Morgen R. Hatton<br>       Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>       Trustee | |

**CERTIFICATE OF CONCURRENCE**

 Debtor(s) have concurred with the request to withdraw the Motion for Relief from the Automatic Stay of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C., (Doc no. 76) which was filed with the Court on or about **12/05/2022**.

Dated: February 23, 2023

                     Respectfully submitted,

                     **/s/ Michael P. Farrington, Esquire**
                     Michael P. Farrington, Esquire
                     Attorneys for Movant/Applicant
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106
                     Phone: (215)-825-6488
                     mfarrington@kmllawgroup.com