## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Morgen R. Hatton<br>                              Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C.<br>                              Moving Party<br>    vs.<br>Morgen R. Hatton<br>                              Debtor(s)<br>Jack N. Zaharopoulos<br>                              Trustee | NO. 19-02509 MJC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE OF
## REQUEST TO REMOVE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 23, 2023, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Morgen R. Hatton
1072 Shady Lane
Honesdale, PA 18431

Attorney for Debtor(s)
(VIA ECF)
Mark E. Moulton, Esq.
693 State Route 739, Suite #1
Lords Valley, PA 18428

Trustee
(VIA ECF)
Jack N. Zaharopoulos

8125 Adams Drive, Suite A

Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: February 23, 2023

                                          **/s/Michael P. Farrington, Esquire**
                                          Michael P. Farrington, Esquire
                                          KML Law Group, P.C.

701 Market Street, Suite 5000
Phone: (215) 825-6488
Email: mfarrington@kmllawgroup.com
Attorney for Movant