In re:  Case No. 19-02509-MJC
Morgen R Hatton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 24, 2023     Form ID: fnldecnd     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Morgen R Hatton, 1072 Shady Lane, Honesdale, PA 18431-1080 |
| cr | + | Linus H. Myers Wayne County, Magisterial District 23-3-02, Wayne County Courthouse, 925 Court Street, Honesdale, PA 18431-1994 |
| 5209053 | + | Bayview Loan Servicing, LLC, PO Box 650091, Dallas, TX 75265-0091 |
| 5209054 | + | Charles J Musto DMD, 920 Wyoming Ave Ste 203, Kingston, PA 18704-3999 |
| 5209055 | + | Frank A. Mazzeo, Jr, Esquire, 327 N. Washington Ave, STE 506, Scranton, PA 18503-1538 |
| 5209056 | + | Harry Devrieze DBA Lakeland Stair, 1040 Main St, Honesdale, PA 18431-1906 |
| 5209058 | + | L.J. Ross & Assoccs, 4 Universal Way Ste #1, Jackson, MI 49202-1455 |
| 5209059 | + | MDJ Linus Myers, 925 Court Street, Honesdale, PA 18431-1930 |
| 5209060 | + | Ocwen Federal Bank, FSB, 12650 Ingenuity Drive, Orlando, FL 32826-2703 |
| 5209061 | | PPL Electric Utils, 2 North Street, CPC-Genn1, Allentown, PA 18101 |
| 5209062 | + | RentEquip, 416 Old Willow Ave, Honesdale, PA 18431-1134 |
| 5236085 | + | THE BANK OF NEW YORK, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 5209063 | + | Wayne Enterprises, PO Box 443, Honesdale, PA 18431-0443 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2023 18:45:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5209052 | | Email/Text: collectors@arresourcesinc.com | Feb 24 2023 18:41:00 | AR Resources Inc., PO Box 1056, Blue Bell, PA 19422 |
| 5209057 | ^ | MEBN | Feb 24 2023 18:39:22 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5223553 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5209289 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 18:45:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5212521 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 24 2023 18:41:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 5301875 | | Email/Text: mtgbk@shellpointmtg.com | Feb 24 2023 18:41:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5301876 | | Email/Text: mtgbk@shellpointmtg.com | Feb 24 2023 18:41:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5236035 | | Email/Text: BKEBN-Notifications@ocwen.com | | |

| | | |
|---|---|---|
| | Feb 24 2023 18:41:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, et.al., PHH MORTGAGE CORPORATION, MAIL STOP SBRP, P.O. Box 5469, MT. LAUREL, NJ 08054 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, ET.AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian C Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C c& bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C c& bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2007-HY8C) bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor The Bank Of New York As Trustee, For The Benefit Of The Certificateholders, CWALT, Inc., Alternative Loan Trust 2007-Hy8c Mortgage Pass-Through Certificates, Series 2007-HY8C bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, ET.AL. pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, ET.AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust 2007-5, |

| | |
|---|---|
| | Asset-Backed Certificates, Series 2007-5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, ET.AL. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mark E. Moulton | on behalf of Debtor 1 Morgen R Hatton markmoulton@moultonslaw.com staff@moultonslaw.com |
| Michael Patrick Farrington | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY8C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY8C c& mfarrington@kmllawgroup.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, ET.AL. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Morgen R Hatton, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−02509−MJC |

Social Security No.:
    xxx−xx−1949

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Morgen R Hatton** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: February 24, 2023

**fnldec** (01/22)